## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**SUSAN D. CHEVALLIER**                                    **CIVIL ACTION**

**VERSUS**

**OUR LADY OF THE LAKE HOSPITAL,**              **NO. 18-00997-BAJ-SDJ**
**INC.**

### JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned

action is **DISMISSED**.

Baton Rouge, Louisiana, this 21st day of April, 2021

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

JURY